# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, et al.,<br><br>     Plaintiffs/Appellees,<br><br>v.<br><br>JOSHUA D. HAWLEY, et al.,<br><br>     Defendants/Appellants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 17-1996 |

## APPELLANTS' CONSENT MOTION FOR EXTENSION OF BRIEFING DEADLINES

Defendants-Appellants Hawley and Williams ("the State") respectfully move this Court for an extension of time of seven days, from July 7, 2017 to July 14, 2017, of their deadline to file their opening brief and appendix in this case; and for an extension of time for Plaintiffs-Appellees to file their opposition brief to August 23, 2017. This is the State's second request for an extension of time. At the State's request, this Court previously granted the State an extension of time of ten days, from June 27 to July 7, 2017, in which to file its opening brief and Appendix. This second request is due to an unusually large number of appellate filing deadlines in the upcoming week and the undersigned counsel's need to participate in previously unscheduled court hearings on short notice. The State does not anticipate making any further requests for extension.

1

Plaintiffs-Appellees have consented to this request for extension, on the condition that the State provides its reciprocal consent to their request for an extension to August 23, 2017, in which to file their opposition brief. Counsel for Plaintiffs-Appellees have indicated that the seven-day extension requested by the State would place the due date for Plaintiffs-Appellees' opposing brief during their lead counsel's scheduled vacation, and indicated that their consent to the State's request for a seven-day extension is contingent on the State's reciprocal consent to an extension to August 23, 2017 in which to file their brief. The State has provided its reciprocal consent to their request.

WHEREFORE, for the reasons herein stated, the State respectfully requests that this Court extend the deadline to file its opening brief and appendix by an additional seven days, to and including July 14, 2017; and extend the deadline for Plaintiffs-Appellees to file their opposing brief to August 23, 2017.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

<u>/s/ *D. John Sauer*</u>
D. John Sauer
First Assistant and Solicitor
P.O. Box 899
Jefferson City, MO  65102
(573)751-3321
(573)751-0774 (fax)
John.Sauer@ago.mo.gov

*Attorneys for Defendants*

3

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that the foregoing Motion complies with the typeface and formatting requirements of Fed. R. App. P. 27 and 32, and that the Motion contains 299 words using the word-count feature of Microsoft Word.

I also certify that, on this 5th day of July 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eight Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system, and I will serve a copy of the foregoing on all participants in the case who are not registered CM/ECF users by mailing a copy of the same, first-class, postage paid, to the address listed on the Court's CM/ECF system.

/s/ *D. John Sauer*
D. John Sauer